1016

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered proceeding herein for alternative writ of mandamus or prohibition dismissed without costs to any party; mandate forthwith.

**Frank Allen LEARY, Appellant, v. PHIL-LIPS PETROLEUM COMPANY.**

**No. 10975.**

Circuit Court of Appeals, Eighth Circuit.

July 12, 1937.

David M. Proctor, of Kansas City, Mo., for appellant.

R. H. Hudson and R. L. Foster, both of Bartlesville, Okl., and H. H. Booth and J. H. Snyder, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, per stipulation of parties.

**In the Matter of Charles E. LEVERICH and Elizabeth A. Leverich, Debtors.**

**Charles E. LEVERICH and Elizabeth A. LEVERICH v. The PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

**No. 6224.**

Circuit Court of Appeals, Seventh Circuit.

July 7, 1937.

A. L. Vollborn, Jr., of Danville, Ill., for appellants.

Geo. E. Drach, of Springfield, Ill., and Wallace T. Filson, of Danville, Ill., for appellee.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

**Scott LITTON, Creditor, Appellant, v. Jean McNeil PEPPER, Appellee. In the Matter of DIXIE SPLINT COAL COMPANY, Bankrupt.**

**No. 4197.**

Circuit Court of Appeals, Fourth Circuit.

June 16, 1937.

Henry Roberts, of Bristol, Va., M. M. Long of St. Paul, Va., and I. M. Quillen, of Lebanon, Va., for appellant.

A. K. Morison, M. M. Heuser, H. E. Widener, and Warren & Cantwell, all of Bristol, Va., for appellee.

PER CURIAM.

Appeal denied without prejudice, etc. Order filed.

**J. M. McCAULEY, as Warden of the Washington State Penitentiary at Walla Walla, Washington, Appellant, v. Max GOLDBERG, Appellee.**

**No. 8563.**

Circuit Court of Appeals, Ninth Circuit.

Sept. 24, 1937.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for appellant.

E. D. Phelan, of Seattle, Wash., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon the authority of Hall v. People of State of California (C.C.A.9) 79 F.(2d) 132, and cases there cited, the order here-

in appealed from is reversed and this case is remanded to the District Court with directions to dismiss the application for habeas corpus, without prejudice to any right of appellee to apply to any state court of the state of Washington for habeas corpus or for such other writ, remedy or relief as in such state court may be available; mandate to issue forthwith.

**J. M. McCAULEY, as Warden of the Washington State Penitentiary at Walla Walla, Washington, Appellant, v. August MEHLHORN, Appellee.**

No. 8564.

Circuit Court of Appeals, Ninth Circuit.

Sept. 24, 1937.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for appellant.

E. D. Phelan, of Seattle, Wash., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon the authority of Hall v. People of State of California (C.C.A.9) 79 F.(2d) 132, and cases there cited, the order herein appealed from is reversed and this case is remanded to the District Court with directions to dismiss the application for habeas corpus, without prejudice to any right of appellee to apply to any state court of the state of Washington for habeas corpus or for such other writ, remedy or relief as in such state court may be available; mandate to issue forthwith.

**J. M. McCAULEY, as Warden of the Washington State Penitentiary at Walla Walla, Washington, Appellant, v. J. R. PALMER, Appellee.**

No. 8525.

Circuit Court of Appeals, Ninth Circuit.

Sept. 24, 1937.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for appellant.

E. D. Phelan, of Seattle, Wash., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon the authority of Hall v. People of the State of California (C.C.A.9) 79 F. (2d) 132, and cases there cited, the order herein appealed from is reversed and this case is remanded to the District Court with directions to dismiss the application for habeas corpus, without prejudice to any right of appellee to apply to any state court of the state of Washington for habeas corpus or for such other writ, remedy or relief as in such state court may be available; mandate to issue forthwith.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ALASKA JUNEAU GOLD MINING COMPANY, Respondent.**

No. 4114.

Circuit Court of Appeals, Fourth Circuit.

May 26, 1937.

Charles Fahy, Gen. Counsel, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Carl E. Croson, of Seattle, Wash., for respondent.

PER CURIAM.

Order of National Labor Relations Board modified by consent, and, as modified, enforced. Order filed.

**In the Matter of Angelo NICHOLS, Bankrupt.**

No. 8647.

Circuit Court of Appeals, Ninth Circuit.

Aug. 30, 1937.